RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney For Defendant
TIMOTHY ALLEN MANLY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>           v.<br><br>TIMOTHY ALLEN MANLY WILLIAMS,<br><br>Defendant. | Case No.: CR 23-00267-YGR<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE HEARING ON AUGUST 24, 2023 FOR IDENTIFICATION OF COUNSEL, ARRAIGNMENT AND POSTING OF PROPERTY** |

     Timothy Manly Williams, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Eric Cheng hereby stipulate and request that the hearing set for August 24, 2023 for identification of counsel, arraignment and posting of property be continued to August 31, 2023 at 10:30 am.

     This continuance is at the request of defense counsel who is presently recovering from kneecap surgery and needs additional time before she can appear in court.

-1-
**STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE HEARING FOR IDENTIFICATION OF COUNSEL, ARRAIGNMENT AND POSTING OF PROPERTY  UNITED STATES V. MANLY WILLIAMS  CR. 23-00267-YGR**

It is further stipulated by the parties that time be excluded under the Speedy Trial Act from August 2242023 through August 31, 2023 for effective preparation and continuity of counsel. The parties further stipulate and agree that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: August 21, 2023           /s/_____
                                 RANDY SUE POLLOCK
                                 Counsel for Timothy Manly Williams

Dated: August 21, 2023           /s_____
                                 ERIC CHENG
                                 AJAY KRISHNAMURTHY
                                 ALETHEA SARGENT

IT IS SO ORDERED AS MODIFIED.

Dated: August 23, 2023           _____
                                 HON. DONNA M. RYU
                                 CHIEF MAGISTRATE JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Donna M. Ryu]