1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
       1301 Clay Street, Suite 340S
7      Oakland, California 94612
       Telephone: (510) 637-3680
8      FAX: (510) 637-3724
       eric.cheng@usdoj.gov
9      ajay.krishnamurthy@usdoj.gov
       alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                  OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,              )  CASE NO. 23-CR-267 YGR
                                            )
16 |        Plaintiff,                      )  STIPULATION REGARDING PROPERTY BOND
                                            )  AND ORDER
17 |    v.                                  )
                                            )
18 | TIMOTHY ALLEN MANLY WILLIAMS,          )
                                            )
19 |        Defendant.                      )
                                            )
20

21        It is hereby stipulated by and between counsel for the United States and counsel for Defendant

22 Timothy Allen MANLY WILLIAMS that the government has reviewed and approved the defendant's

23 bond package for Defendant's submission to the clerk's office.

24        Defendant was charged in an Indictment dated August 16, 2023 with (1) destruction, alteration,

25 and falsification of records in federal investigations in violation of 18 U.S.C. § 1519, (2) obstruction of

26 official proceedings in violation of 18 U.S.C. § 1512(c)(2), and (3) deprivation of rights under color of

27 law in violation of 18 U.S.C. § 242.  Defendant appeared before the Court on August 17, 2023, for his

28 initial appearance.  The Court ordered certain conditions of release, including the posting of a secured

STIPULATION RE PROPERTY AND ORDER
Case No. 23-cr-267 YGR

1  bond in the amount of $100,000 by August 24, 2023.  At a subsequent appearance before the Court on
2  August 31, 2023, the Court extended the deadline for the posting of that property to September 5, 2023.
3        The parties stipulate and agree that, for purposes of that secured bond, the government will
4  accept a valuation based on real estate comparables, including from a real estate aggregator such as the
5  Zillow website or the Redfin website.  On September 5, 2023, defense counsel presented to the
6  government a bond package that includes such a valuation from the website Zillow.  The government
7  has approved the bond package for submission to the Court.
8        The undersigned Assistant United States Attorneys certify that they have obtained approval from
9  counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   September 5, 2023

/s/
Eric Cheng
Ajay Krishnamurthy
Alethea M. Sargent
Assistant United States Attorneys

/s/
Randy Sue Pollock
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: September 5, 2023



HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION RE PROPERTY AND ORDER
Case No. 23-cr-267 YGR