ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    eric.cheng@usdoj.gov
    ajay.krishnamurthy@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00267 JSW |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| TIMOTHY ALLEN MANLY WILLIAMS, | |
| Defendant. | |

This matter is set for hearing on November 28, 2023, and the Court has ordered the parties to submit a joint status report by November 21, 2023. Dkt. 35. The parties hereby respectfully submit this joint status report.

On August 16, 2023, a federal grand jury returned an indictment charging the Defendant with violations of 18 U.S.C. § 1512(c)(2), obstruction of official proceedings, 18 U.S.C. § 1519, destruction, alteration, and falsification of records in federal investigations, and 18 U.S.C. § 242, deprivation of rights under color of law. The Defendant is represented in these proceedings by the undersigned counsel.

1       In September, the United States produced a first tranche of discovery, which was described in the parties' prior joint status report.  In November, the United States produced its second tranche of discovery.  That discovery comprises 65.2 GB in data, specifically the seized (pertinent) data from all mobile devices searched in the federal investigation.

      More discovery remains to be produced, and the government will continue to do so on a rolling basis.  The government is optimistic that by the end of December discovery will be substantially complete.

DATED:  November 20, 2023                                 Respectfully submitted,

                                                                             ISMAIL J. RAMSEY
                                                                             United States Attorney

                                                                             */s/*
                                                                             ERIC CHENG
                                                                             AJAY KRISHNAMURTHY
                                                                             ALETHEA SARGENT
                                                                             Assistant United States Attorneys

                                                                             */s/*
                                                                             RANDY SUE POLLOCK
                                                                             Counsel for Defendant TIMOTHY ALLEN
                                                                             MANLY WILLIAMS