1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        eric.cheng@usdoj.gov
9       ajay.krishnamurthy@usdoj.gov
        alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                  OAKLAND DIVISION
14

15  UNITED STATES OF AMERICA,              )  CASE NO. 4:23-CR-00267 JSW
                                            )
16          Plaintiff,                      )  STIPULATION TO UNSEAL DOCKET ENTRIES
                                            )  AND [PROPOSED] ORDER **- AS MODIFIED
17     v.                                   )  TO RESET TIME OF APRIL 15, 2025 STATUS
                                            )  CONFERENCE TO 1:00 P.M.**
18  TIMOTHY ALLEN MANLY WILLIAMS,           )
                                            )  Re: Dkt. No. 56
19          Defendant.                      )
                                            )

20

21

22

23

24

25

26

27

28

STIPULATION TO UNSEAL DOCKET ENTRIES AND [PROPOSED] ORDER
Case No. 4:23-cr-00267 JSW

The parties respectfully request that the following docket entries be unsealed:

- November 28, 2023: Minute Entry for Change of Plea Hearing;
- November 28, 2023: Dkt. No. 38 (Plea Agreement);
- November 5, 2024: Dkt. No. 54 (Order re: Joint Status Report and Stipulation to Continue Status Conference).

The status conference currently set for April 15, 2025 also need not be under seal.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: March 13, 2025

/s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

DATED: March 13, 2025

/s/
RANDY SUE POLLOCK
Counsel for Defendant TIMOTHY ALLEN MANLY WILLIAMS

STIPULATION TO UNSEAL DOCKET ENTRIES AND [PROPOSED] ORDER
Case No. 4:23-cr-00267 JSW

**[PROPOSED]** ORDER - AS MODIFIED

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the following items be unsealed:

- November 28, 2023: Minute Entry for Change of Plea Hearing;
- November 28, 2023: Dkt. No. 38 (Plea Agreement);
- November 5, 2024: Dkt. No. 54 (Order re: Joint Status Report and Stipulation to Continue Status Conference); and
- April 15, 2025: Status Conference Hearing.

**The Court further ORDERS that the status hearing currently set for April 15, 2025 at 10:00 a.m. be RESET to April 15, 2025 at 1:00 p.m.**

**IT IS SO ORDERED.**

DATED: March 13, 2025

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION TO UNSEAL DOCKET ENTRIES AND [PROPOSED] ORDER
Case No. 4:23-cr-00267 JSW