# EXHIBIT A

**Timothy Manly Williams**

**The Honorable Jeffrey S. White**
Senior United States District Judge
United States District Court
Northern District of California

**Re: United States v. Timothy Manly Williams**
Case No. 4:23CR00267-001 JSW

Dear Judge White,

My name is Timothy Manly Williams, and I respectfully submit this letter to the Court prior to sentencing. I do so with humility, accountability, and a full understanding of the seriousness of my actions. I am not writing to excuse what I did. I accept responsibility for my conduct and for the consequences that follow.

I chose a career in law enforcement because I believed in the responsibility that comes with the badge and the importance of serving the public with integrity. I was raised with values of honesty, accountability, and service, and I believed I was living by those principles. In this case, I did not. My conduct was inconsistent with the law, my oath, and the trust placed in me, and that failure rests entirely with me.

At the time of the offenses, I did not stop and fully confront what I was doing in the way I should have. I knew the rules and expectations of my position, but I treated my actions as something I could manage or justify instead of recognizing them for what they were, serious violations. Rather than slowing down and questioning my decisions, I minimized them and avoided reflecting on the consequences. That failure of judgment was mine alone.

I also allowed personal motivations to influence my behavior. I cared too much about being seen as helpful or dependable and about maintaining certain relationships, instead of doing what I knew was right. I am not suggesting that I did not understand right from wrong. I did. The truth is that I failed to confront it when it mattered most. I chose not to hold myself to the standard I knew was required of me.

My conduct included obstructing a federal investigation, falsifying records, and depriving an individual of constitutional rights. I acknowledge these offenses directly and without reservation. As a former police officer, I understand that these actions were unlawful and a serious breach of public trust. I deeply regret the broader harm my conduct caused and the damage it did to confidence in law enforcement.

I want to sincerely apologize to the Pittsburg Police Department and the Antioch Police Department for betraying the trust they placed in me. These departments invested time, training, and confidence in me, and I failed to honor that responsibility. I regret the impact my actions had on the agencies, my former colleagues, and the communities they serve.

From the moment I was arrested, I understood the gravity of my actions and accepted responsibility. I did not attempt to deny my conduct or shift blame. I cooperated fully, complied with all court orders, and entered a guilty plea at an early stage. Since August 2023, I have remained compliant with the conditions of my release and have used this time to reflect honestly on my decision making and the failures that led me here.

This process has taught me that integrity cannot be selective or situational. Knowing what is right and failing to act accordingly is itself a serious failure. I carry that understanding with me now.

What has been especially difficult for me to accept is that my education and training should have led me to better choices. I hold a BA in Sociology and an MA in Leadership from Saint Mary's College of California, where I focused on ethics, accountability, and service-based leadership. Despite that foundation, I failed to apply those principles in my professional conduct. That realization has been humble and deeply disappointing.

Since the beginning of this case, I have taken deliberate steps toward rehabilitation and personal growth. I am currently employed as a special education teacher at Heritage High School in Brentwood, California. Working with students who face significant academic and emotional challenges has reinforced the importance of patience, accountability, and ethical decision making, principles I failed to uphold in my past but now take seriously.

Becoming a father to my three-year-old daughter has also changed how I view responsibility. I am acutely aware that my actions will influence the example I set for her, and that awareness has strengthened my commitment to living lawfully and making ethical choices.

I have also remained involved in my community through volunteer work with the Food Bank of Contra Costa County, the Prison Literature Project, and youth mentoring through the Delta Heat basketball program. I have continued to participate in my church community and outreach efforts. I understand that these actions do not undo the harm I caused, but they reflect my sincere effort to live differently and contribute positively moving forward.

I recognize that punishment is warranted, and I do not seek to avoid the consequences of my actions. I respectfully ask the Court to consider my acceptance of responsibility from the outset, my lack of prior criminal history, my compliance while on release, my efforts to work and support my family, and the insight I have gained into my failures as the Court determines an appropriate sentence.

Thank you for taking the time to consider this letter. I will accept the sentence imposed and remain committed to living responsibly, lawfully, and with integrity going forward.

Respectfully submitted,

**Timothy Manly Williams**